Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam

DEPUTY CLERK: A. Caffrey RPTR/ECRO/TAPE: FTR - CR 4

TOTAL TIME: _____ hours  5 minutes

DATE: 1/16/2020   START TIME: 1:38PM   END TIME: 1:43PM

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:18-cv-01875-KAD

Mark Violette

vs

Catalyst Solutions, LLC

Michael John Reilly
Plaintiff's Counsel

Alexa M. Farmer
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing Stlmnt Cf.

☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....  ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☑ .......... Total settlement conference time: 2 hrs and 12 minutes   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____   ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: Settlement conference commenced on the record